IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RETHA JOHNSON, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 18-4751 |
| MARY DOLLINGER, ERIC FETCHER, DANIEL KUHN, LAMONT PENDLETON, FRANCES HARRISON BLY, and LEE ANN MONTGOMERY, | |
| Defendants. | |

## ORDER

**AND NOW**, this 10th day of May, 2019, upon consideration of Defendant Lee Ann Montgomery's ("Officer Montgomery") Motion to Dismiss and Plaintiff Retha Johnson's ("Johnson") Memorandum of Law in Opposition, it is hereby **ORDERED** that:

1. Officer Montgomery's Motion (Doc. No. 12) is **GRANTED**;

2. Count IV of Johnson's Amended Complaint is **DISMISSED WITH PREJUDICE** as to Officer Montgomery; and

3. Officer Montgomery is **DISMISSED** from this action.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE